Ex parte Quintero et al., Peticionarios y Apelantes.

Apelación procedente de la Corte de Distrito de Arecibo en un procedimiento sobre aprobación de partición de herencia.

No. 1085.—Resuelto en abril 28, 1914.

Desestimación de Apelación—Casos Ex Parte—Certificación de la Transcripción de Autos por el Abogado del Peticionario.—La transcripción de autos en un caso *ex parte* en que sólo hay una parte debe estar certificada por el secretario de la corte inferior y no por el abogado de la única parte interesada y no viniendo así dicha transcripción, debe desestimarse la apelación. · Véase *Ex parte Hernández et al.,* resuelto en abril 28, 1914.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. Antonio Sarmiento y Largé y Paz.*

El Juez Presidente Sr. Hernández, emitió la opinión del tribunal.

Presentada a la Corte de Distrito de Arecibo, por los peticionarios y apelantes arriba expresados, con otros documentos, en 6 de octubre de 1913, escritura pública otorgada

en el pueblo de Camuy a 17 de septiembre anterior, ante el Notario Manuel Paz Urdaz, sobre partición de herencia de los bienes relictos a su fallecimiento por Manuel López Delgado, para que dicha corte le impartiera su aprobación, fué ésta denegada por orden de 8 de diciembre del mismo año, y contra tal orden ha sido interpuesto el presente recurso.

La transcripción de autos ha venido certificada por los abogados de los peticionarios apelantes, o más bien por el Abogado Manuel Paz Urdaz en representación de la firma profesional Largé-Paz.

Al resolver en este día otro recurso de apelación No. 1082, en el caso *Ex parte Hernández et al,* procedente de la misma Corte de Distrito de Arecibo, lo hemos desestimado por la razón de que la transcripción de autos debió venir certificada por el secretario de la corte, y no por el abogado de la única parte interesada.

En la opinión que ha servido de fundamento a la resolución expresada, dejamos consignadas las razones que a ella nos llevaron.

A dichas razones nos referimos, y en mérito de ellas, procede desestimar también el presente recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.